IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIA M. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, TERMINIX GLOBAL HOLDINGS, INC., CHOICE HOTELS INTERNATIONAL SERVICES CORP., JANE DOE'S and JOHN DOE'S,<br><br>       Defendants. | CIVIL ACTION FILE NO.:<br>1:22-cv-03080-MHC |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Terminix Global Holdings, Inc. (hereinafter "Terminix") and submits this Certificate of Interested Persons and Corporate Disclosure Statement, showing as follows:

(1) The undersigned counsel certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**RESPONSE:** Parties: This defendant is Terminix Global Holdings, Inc. Upon information and belief, United States of America, Choice Hotels International, Inc., incorrectly named as Choice Hotels International Services Corp., and Jane Doe's and John Does are also defendants. Upon information and belief, the plaintiff is Julia M. Robinson.

Corporate Disclosure:

Terminix is in the business of pest and termite control. The Terminix International Company L.P. is a Delaware limited partnership with its principal place of business in Tennessee. Its general partner is TMX Holdco, Inc., which is a Delaware corporation with its principal place of business in Tennessee. TMX Holdco, Inc. is a wholly owned subsidiary of The Terminix Company, LLC, a Delaware limited liability company with its principal place of business in Tennessee, which is a wholly owned subsidiary of CDRSVM Holding, LLC, a Delaware limited liability company with its principal place of business in Tennessee, which is a wholly owned subsidiary of CDRSVM Investment Holding, LLC, a Delaware limited liability company with its principal place of business in Tennessee which is a wholly owned subsidiary of Terminix Holdings, LLC, a Delaware limited liability company. Terminix Holdings, LLC is a wholly owned subsidiary of Rentokil Initial US Holdings, Inc., a Delaware corporation with its principal place of business in

Pennsylvania, which is a wholly owned subsidiary of Rentokil Initial plc, a corporation organized under the laws of the United Kingdom and Wales. The securities of Rentokil Initial plc are listed on the New York Stock Exchange and publicly traded under the ticker symbol RTO.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**RESPONSE:** See response to paragraph (1).

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Plaintiff (Upon information and belief)

Julia M. Robinson, *pro se*
2451 Cumberland Pkwy., SE
Suite 3320
Atlanta, GA 30339
424-202-1130
juliamrobinson1981@protonmail.com

<u>Defendant Terminix</u>

Matthew P. Lazarus, Esq.
Teddy L. Sutherland, Esq.
Courtney Jackson, Esq.
Scrudder, Bass Quillian, Horlock, Taylor & Lazarus, LLP
900 Circle 75 Parkway, Suite 850
Atlanta, Georgia 30339
Tel: (770) 612-9900
mlazarus@scrudderbass.com
tsutherland@scrudderbass.com
cjackson@scrudderbass.com

<u>Defendant Choice Hotels International, Inc.</u>  (Upon information and belief)

Marc Howard Bardac, Esq.
Jacob Edward Daly, Esq.
Freeman Mathis & Gary LLP
100 Galleria Pkwy., Suite 1600
Atlanta, GA 30339
770-818-0000
770-937-9960 (fax)
mbardack@fmglaw.com
jdaly@fmglaw.com

[SIGNATURE FOLLOWS ON NEXT PAGE]

This the 23rd day of March, 2023.

                    **SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE, LLP**

                    */s/ Matthew P. Lazarus*
                    Matthew P. Lazarus
                    Georgia Bar No. 441590
                    Teddy L. Sutherland
                    Georgia Bar No. 693189
                    Courtney S. Jackson
                    Georgia Bar. No. 558361

                    *Attorneys for Defendant Terminix Global Holdings, Inc.*

900 Circle 75 Parkway, Suite 850
Atlanta, Georgia 30339
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
mlazarus@scrudderbass.com
tsutherland@scrudderbass.com
cjackson@scrudderbass.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date presented the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** to the Clerk of Court for filing and uploading to the CM/ECF electronic filing system, which will automatically send e-mail notice of such filing upon all parties and by depositing same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery and addressed to:

Julia M. Robinson
2451 Cumberland Pkwy., SE
Suite 3320
Atlanta, GA 30339
juliamrobinson1981@protonmail.com
*Pro Se Plaintiff*

Marc Howard Bardack, Esquire
Jacob Edward Daly, Esquire
Freeman Mathis & Gary LLP
100 Galleria Pkwy., Suite 1600
Atlanta, GA 30339
mbardack@fmglaw.com
jdaly@fmglaw.com
*Attorneys for Defendant Choice Hotels International Services Corp. Service Company*

[SIGNATURE FOLLOWS ON NEXT PAGE]

This 23rd day of March, 2023.

        **SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE, LLP**

        */s/ Matthew P. Lazarus*
        Matthew P. Lazarus
        Georgia Bar No. 441590